**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | |
|---|---|
| UNITED STATES OF AMERICA | . |
| | . |
| v. | Crim. No. GJH 14-575 |
| | . |
| RAYMOND CARTER | . |

**DEFENDANT'S MOTION FOR APPROPRIATE RELIEF**
**(RETURN OF PASSPORT)**

The defendant, Raymond Carter, through his attorneys William C. Brennan, Jr., and Brennan McKenna Manzi Shay files this motion for appropriate relief in the above-captioned case. In this motion, Raymond Carter requests that this Honorable Court order that the U.S. Probation Office, Pretrial Services Division be permitted to return Mr. Carter's passport to his possession. Mr. Carter is aware of, and will fully comply with, the standard condition of probation that he not leave the judicial district without the permission of the Court or his Probation Officer.

Respectfully submitted:

_____/s/_____
WILLIAM C. BRENNAN, JR. (#926790)
6305 IVY LANE, SUITE 700
GREENBELT, MARYLAND 20770
301-474-0044 (telephone number)
301-474-5730 (facsimile number)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of February, 2017 a copy of the foregoing Defendant's Motion for Appropriate Relief (Return of Passport) was filed via the CM/ECF filing system and notice of such filing was served upon all parties of record.

_____/s/_____
William C. Brennan, Jr.